NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAYNE CRAIG<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>WORLDWIDE MIXED MARTIAL<br>ARTS SPORTS, INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 14-4284 (CCC-JBC)<br><br><br>ORDER |

This matter has been opened by the Court *sua sponte* based on Plaintiff's failure to comply with Court Orders and prosecute his case. On November 5, 2014, Magistrate Judge James Clark issued a Report and Recommendation that the case should be dismissed without prejudice. (ECF No. 39.) No objections have been filed thereto, and the deadline to do so was November 19, 2014. The Court has considered Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein;

IT IS on this 8 day of January, 2015

ORDERED that this Court adopts Judge Clark's November 5, 2014 Report and Recommendation that the case be dismissed without prejudice; and it is further

ORDERED that the Clerk of the Court shall close the file in this matter.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CLAIRE C. CECCHI, U.S.D.J.